**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Kevin Castro | § § | |
| *versus* | § § | Civil Action 4:20–cv–01395 |
| Lorie Davis | § § | |

# NOTICE OF DEFICIENT PLEADING

The court has received pleading(s) from the petitioner but finds the pleading(s) deficient. To correct the deficient pleading(s), within 30 days of the date of this notice, the petitioner must comply with the following instruction(s). **Title the filing *Compliance*.**

Complete the attached form(s) and provide the original(s) to the court.

**If the petitioner fails to comply on time, the court may dismiss this case for want of prosecution. FED. R. CIV. P. 41(b).**

Date: April 20, 2020.

By Deputy Clerk<br>David J. Bradley, Clerk